**Iftekhar Uddin AHMED, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 03–1337.**

United States Court of Appeals, Fourth Circuit.

Submtted Sept. 22, 2003.

Decided Oct. 22, 2003.

Salim Sheikh, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Richard M. Evans, Assistant Director, John L. Davis, Office of Immigration Litigation, United States Department of Justice, Washington, DC, for Respondent.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Iftekhar Uddin Ahmed, a native and citizen of Bangladesh, petitions for review of a

---

claim and this court lacks jurisdiction to review it. *Bernal–Vallejo v. INS*, 195 F.3d 56, 64 (1st Cir.1999).

final order of the Board of Immigration Appeals (Board) denying relief on his motion to reopen removal proceedings following the issuance of a removal order *in absentia.* We have reviewed the record and the Board's order and find no abuse of discretion in the Board's denial of relief. *See Stewart v. INS,* 181 F.3d 587, 595 (4th Cir.1999); *Sharma v. INS,* 89 F.3d 545, 546–48 (9th Cir.1996); 8 U.S.C. § 1229a(e)(1) (2000).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*